IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL NO.  ELH-12-0619** |
| : | |
| **JAMES P. QUILLEN, JR.** : | |
| : | |

...oOo...

## MOTION TO UNSEAL INFORMATION

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Kathleen O. Gavin, Assistant United States Attorney for said District, hereby files this Motion to Unseal the Information in the above-captioned case. The reason for sealing the case is no longer applicable so that there is no need for the case to remain under seal. Accordingly, the United States of America requests that the Court enter an Order unsealing the Information set forth herein.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Kathleen O. Gavin
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4887